Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 1:10-cv-01711-AWI-GSA** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE; AND ORDER** |
| **v.** | |
| **TASHA A. JAMES, et al.** | |
| **Defendants.** | |

TO THE HONORABLE GARY S. AUSTIN, THE DEFENDANTS AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Thursday, January 6, 2011 at 9:30 AM.    As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers and the Amended Complaint upon the Defendants Tasha A. James a/k/a Tasha A. Tayian a/k/a Tasha A. Vassilev and Kari Deanne Carlton, an unknown business entity d/b/a Pizza Factory a/k/a Visalia Pizza Factory 1; and James & Carlton family Pizza, Inc., and West Coast Pizza Concepts, Inc., an unknown business entity d/b/a Pizza Factory a/k/a Visalia Pizza Factory 1    As a result, Plaintiff's counsel has not conferred with the

1  defendants concerning the claims, discovery, settlement, or any of the other pertinent issues

2  involving the case itself or the preparation of a Joint Status Report.

3       **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial

4  Scheduling Conference, presently scheduled for Thursday, January 6, 2011 at 9:30 AM to a new date

5  approximately Thirty (30) to Forty-Five (45) days forward.

6

7

8                                   Respectfully submitted,

9

10

11

12  Dated: December 29, 2010              */s/ Thomas P. Riley*
                                         **LAW OFFICES OF THOMAS P. RILEY, P.C.**
13                                       By: Thomas P. Riley
                                         Attorneys for Plaintiff
14                                       J & J Sports Productions, Inc.

15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

## **ORDER**

2

3      It is hereby ordered that the Scheduling Conference in civil action number 1:10-cv-01711-AWI-

4   GSA styled *J & J Sports Productions, Inc. v. West Coast Pizza Concepts, Inc., et al.*, is hereby

5   continued from Thursday, January 6, 2011 at 9:30 AM, to February 16, 2011, at 9:30 a.m.

6

7

8

9

10

IT IS SO ORDERED.

11

12      Dated:   **December 30, 2010**            **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28